# Lawsuit

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

REC'D BY _MCO_ D.C.
FILED
MAR 04 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Gabriel Casanova

Plaintiff

v.

MIAMI-DADE COUNTY POLICE DEPARTMENT,

et al.

Defendants

COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

(Pursuant to 42 U.S.C. § 1983)

COMES NOW the Plaintiff, Gabriel Casanova by and through undersigned counsel, and sues the Defendants, MIAMI-DADE COUNTY POLICE DEPARTMENT, and brings this Complaint for damages and declaratory relief, alleging as follows:

PARTIES

Plaintiff Gabriel Casanova is a resident of Miami-Dade County, Florida.

Defendant MIAMI-DADE COUNTY POLICE DEPARTMENT is a law enforcement agency responsible for enforcing laws and maintaining order in Miami-Dade County, Florida.

FACTS

On or about July 25, 2023, Plaintiff was involved in a matter that resulted in the issuance of three (3) e-subpoenas (Case No. F23-2045 : POWER/PC1501527115, 023; POWER/PC701526730, 123) related to a trial scheduled for August 7, 2023.

Plaintiff was identified as a participant in the matter alongside Sosa Seoane, Antonio (ID: 001-45833), Hicks, Tavarius (ID: 001-44848), and Gonzalez, Willians (ID: 001-43556).

The e-subpoenas were issued by CJIS and sent on July 10, 2023. Plaintiff received and acknowledged the e-subpoena on July 19, 2023.

On or about July 20, 2023, reports were generated regarding the status of the matter and the defendant's prosecution program acceptance/rejection (Case No. 023).

Plaintiff alleges that on or about the dates mentioned above, the Miami-Dade County Police Department, through its agents, officers, and employees, engaged in conduct that deprived Plaintiff of their constitutional rights, privileges, and immunities secured by the Fourth and Fourteenth Amendments to the United States Constitution.

CLAIM FOR RELIEF

COUNT I: UNREASONABLE SEIZURE

Plaintiff repeats and realleges the allegations set forth in paragraphs 3 through 7 above.

The actions of the Miami-Dade County Police Department, through its agents, officers, and employees, constituted an unreasonable seizure of Plaintiff's person, in violation of the Fourth Amendment to the United States Constitution.

As a direct result of the unreasonable seizure, Plaintiff suffered damages, including but not limited to, emotional distress, loss of liberty, and other losses to be proven at trial.

COUNT II: DENIAL OF DUE PROCESS

Plaintiff repeats and realleges the allegations set forth in paragraphs 3 through 7 above.

The actions of the Miami-Dade County Police Department, through its agents, officers, and employees, denied Plaintiff their right to due process of law, in violation of the Fourteenth Amendment to the United States Constitution.

As a direct result of the denial of due process, Plaintiff suffered damages, including but not limited to, emotional distress, loss of liberty, and other losses to be proven at trial.

COUNT III: FAILURE TO TRAIN AND SUPERVISE

Plaintiff repeats and realleges the allegations set forth in paragraphs 3 through 7 above.

The Miami-Dade County Police Department failed to properly train and supervise its agents, officers, and employees, resulting in the deprivation of Plaintiff's constitutional rights, privileges, and immunities.

As a direct result of the failure to train and supervise, Plaintiff suffered damages, including but not limited to, emotional distress, loss of liberty, and other losses to be proven at trial.

WHEREFORE, Plaintiff demands judgment against the Defendants, MIAMI-DADE COUNTY POLICE DEPARTMENT, and seeks:

A. Compensatory damages in an amount to be determined out of court.

B. Punitive damages in an amount to be determined out of court.

C. Declaratory relief, declaring the actions of the Defendants to be in violation of Plaintiff's constitutional rights, privileges, and immunities;

D. Reasonable attorney's fees and costs; and

E. Such other and further relief deemed just and proper.

Respectfully submitted,

Gabriel Casanova

8128 sw 82 place

Miami, Florida

wodcity@gmail.com

Gobriel Casanova
8128 sw 82 Place
Miami, Fl, 33143

MIAMI FL 330

19 FEB 2026   PM 6   L

FOREVER USA

United States District Court
for the Southern District
of Florida,
400 North Miami Avenue,
Miami, Fi, 33128

S. D. OF FLA. - MIAMI
CLERK U.S. DIST. CT.
ANGELA E. NOBLE
MAR 04 2026
REC'D BY
D.C.

FREEDOM
FOREVER/USA